The People of the State of New York, Respondent, 
against
Nikenson Bazelais, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Linda Poust Lopez, J., at plea; Beth Beller, J., at sentencing), rendered November 2, 2018, convicting him, upon his plea of guilty, of harassment in the second degree, and sentencing him to a one year conditional discharge.




Per Curiam.
Judgment of conviction (Linda Poust Lopez, J., at plea; Beth Beller, J., at sentencing), rendered November 2, 2018, affirmed.
We are unpersuaded that the sentence imposed was unduly harsh or severe, and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558 [2006], lv denied 8 NY3d 945 [2007]). Further, defendant was sentenced in accordance with his bargained for plea and should not now "be heard to complain that he received what he bargained for" (id. at 558, quoting People v Chambers, 123 AD2d 270 [1986]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: October 15, 2019